THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTINE BANCROFT | : | |
| Plaintiff, | : | |
| v. | : | 3:13-CV-01686 |
| | : | (JUDGE MARIANI) |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

FILED
SCRANTON
OCT 21 2014
Per_____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 21 DAY OF OCTOBER 2014**, upon review of Magistrate Judge Schwab's Report & Recommendation ("R&R") (Doc. 17) for clear error and manifest injustice,[1] **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 17) is **ADOPTED**, for the reasons discussed therein.

2. The Commissioner's decision is **VACATED**.

3. The case is **REMANDED** to an Administrative Law Judge for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] The Government advised the Court that it was waiving the opportunity to object to this Report and Recommendation. (*See* Doc. 18).